IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01854-RPM

KCOM, INC., a Colorado corporation d/b/a Airport Value Inn & Suites,

     Plaintiff,

vs.

EMPLOYERS MUTUAL CASUALTY COMPANY,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

     Plaintiff's motion to reschedule the August 26, 2014, scheduling conference [11] is granted.  The conference is now set for **September 16, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: July 31, 2014