IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01854-RPM

KCOM, INC., a Colorado corporation d/b/a Airport Value Inn & Suites,

    Plaintiff,
vs.

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    The motion to reschedule the May 27, 2015, hearing on the motion to confirm appraisal award [Doc. 16] and motion for partial summary judgment [Doc. 20] is granted.  The hearing is reset for **June 16, 2015, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   April 28, 2015