**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 16, 2015
Courtroom Deputy: Bernique Abiakam
FTR Technician:    Kathy Terasaki

Civil Action No. 14-cv-01854-RPM

| | |
|---|---|
| KCOM, INC., a Colorado corporation d/b/a Airport Value Inn & Suites, | William C. Harris Brandee B. Bower |
| Plaintiff, v. | |
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa Corporation, | Lelia K. Chaney |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**9:57 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks.

**RULING:**   **Appraisal is not arbitration under Colorado Arbitration Act.**

**ORDERED:**  Defendant's Motion To Confirm Appraisal Award (Filed 11/14/14; Doc. No. 16) is DENIED.

**ORDERED:**  Motion For Partial Summary Judgment Or, In The Alternative, To Vacate Appraisal Award (Oral Argument Respectfully Requested) [Filed 12/30/14; Doc. No. 20] is DENIED.

10:09 a.m.    Comments by Mr. Harris.  Questions by the Court.

10:20 a.m.    Comments by Ms. Cheney.  Questions by the Court.

**ORDERED:**  Scheduling Conference set for July 24, 2015 at 1:30 p.m.

**10:22 a.m.   Court in recess.**  Hearing concluded.  Total time: 25 minutes.