IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01854-RPM

KCOM, INC., a Colorado corporation d/b/a Airport Value Inn & Suites,

    Plaintiff,
vs.

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to the hearing on June 16, 2015, it is

    ORDERED that a scheduling conference will be held on **July 24, 2015, at 1:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 4/3/2015).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 16, 2015.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

    DATED:  June 17th, 2015

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge