IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01854-RPM

KCOM, INC., a Colorado corporation d/b/a Airport Value Inn & Suites,

     Plaintiff,

vs.

EMPLOYERS MUTUAL CASUALTY COMPANY,

     Defendant.

_____

ORDER VACATING SCHEDULING CONFERENCE
_____

     Upon consideration of Defendant's Unopposed Motion to Vacate the Scheduling

Conference and Stay the Case Pending Appeal [Doc. 46], it is

     ORDERED that the motion is granted.

     DATED:   July 22nd, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge